# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 16-30320

—————

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2016

Lyle W. Cayce
Clerk

WILLIAM D. CARROLL, JR.; CAROLYN K. CARROLL; PAMELA CARROLL ALONSO,

                                  Plaintiffs - Appellants

v.

SAMERA L. ABIDE; XYZ INSURANCE,

                                  Defendants - Appellees

—————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:14-CV-00503

—————————

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM:*

This *pro se* appeal has been considered in the light of the briefs and pertinent parts of the record. The judgment is affirmed essentially for the reasons stated by the district court, *Carroll v. Abide*, No. 3:14-CV-00503, 2016 WL 1048992, at *3 (M.D. La. 11 March 2016).

AFFIRMED.

—————

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.